# The DeHaan Law Firm P.C.

300 Rabro Drive East ▪ Suite 101 ▪ Hauppauge, New York 11788 ▪ 631.582.1200

JOHN W. DEHAAN, ESQ.
WWW.DBDISABILITYLAW.COM
WWW.FERSDISABILITY.NET

November 21, 2024

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/22/2024
```

**Via ECF**
Hon. Sarah Netburn, U.S. Magistrate Judge
U.S. District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

      Re: **Duran v. Comm'r of Soc. Sec.**
           **Docket No.: 1:24-CV-06871-MMG-SN**

Dear Magistrate Judge Netburn:

    I represent the plaintiff, Luis Ramon Duran, in the above-referenced matter seeking review of the Commissioner's denial of Social Security benefits. Heather Sertial from the Office of General Counsel represents the Commissioner.

    In accordance with Your Honor's Individual Practice Rules and Standing Order M10-468, I write to request an adjournment of the briefing schedule in this case. Specifically, I request the briefing schedule be altered as follows:

|  | **Current Deadline** | **New Deadline** |
|---|---|---|
| Plaintiff's Motion | December 10, 2024 | February 10, 2025 |
| Defendant's Response | January 9, 2025 | April 10, 2025 |
| Plaintiff's Reply | January 23, 2025 | April 24, 2025 |

    I make this request because I have multiple deadlines in other cases in December, including three (3) moving briefs, two (2) settlement demands, a reply brief, and a scheduled mediation. Coupled with the holidays, it is simply not possible to meet the current deadline. In addition, due to ongoing technical issues I have been having with the Southern District's ECF System, I did not receive the Administrative Record until November 18, 2024 even though it was filed/served via ECF on November 10, 2024.

    In accordance with Standing Order M10-468, I have consulted with Ms. Sertial, and we have agreed upon the above dates. There have been no prior requests for an adjournment of these deadlines.

**THE DEHAAN LAW FIRM P.C.**

Hon. Sarah Netburn, U.S. Magistrate Judge
U.S. District Court  Southern District of New York
Re:  Duran v. Comm'r of Soc. Sec.
      Docket No.: 1:24-CV-06871-MMG-SN
November 21, 2024

Thank you for Your Honor's consideration of this request.

Respectfully submitted,
**THE DEHAAN LAW FIRM P.C.**
By:  /s/ *John W. DeHaan*
John W. DeHaan, Esq.
jdehaan@dehaan-law.com

cc:  Heather Sertial, OGC (Via ECF)

---

The Court ADOPTS the parties' proposed briefing schedule.
**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated: November 22, 2024
       New York, New York