**The DeHaan Law Firm**
300 Rabro Drive East ■ Suite 101 ■ Hauppauge, New York 11788 ■ 631.58

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/3/2025

January 31, 2025

<u>Via ECF</u>
Hon. Sarah Netburn, U.S. Magistrate Judge
U.S. District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

      Re:    <u>Duran v. Comm'r of Soc. Sec.</u>
               <u>Docket No.: 1:24-CV-06871-MMG-SN</u>

Dear Magistrate Judge Netburn:

      I represent the plaintiff, Luis Ramon Duran, in the above-referenced matter seeking review of the Commissioner's denial of Social Security benefits. Heather Sertial from the Office of General Counsel represents the Commissioner.

      In accordance with Your Honor's Individual Practice Rules, I write to request a brief adjournment of the briefing schedule in this case. Specifically, I request the briefing schedule be altered as follows:

|  | **Current Deadline** | **New Deadline** |
|---|---|---|
| Plaintiff's Motion | February 10, 2025 | February 28, 2025 |
| Defendant's Response | April 10, 2025 | April 28, 2025 |
| Plaintiff's Reply | April 24, 2025 | May 9, 2025 |

      I make this request because I am in the process of moving my office, and the disruption that is causing coupled with multiple intervening deadlines on other cases, have prevented me from completing my moving papers on this case.

---

The Court ADOPTS the proposed briefing schedule.

**SO ORDERED.**

                                            /s/ Sarah Netburn
                                            SARAH NETBURN
                                            United States Magistrate Judge

Dated:  February 3, 2025
             New York, New York