UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

LUIS DURAN,

                      Plaintiff,                    24 **CIVIL** 6871(MMG)(SN)

      -v-                                          **<u>JUDGMENT</u>**

COMMISSIONER OF SOCIAL SECURITY,

                      Defendant.

-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated May 28, 2025, the Commissioner's decision be, and hereby is, reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to the fourth sentence of 42 U.S.C. § 405(g), for further administrative proceedings. On remand, the Commissioner will offer Plaintiff the opportunity for a new hearing, document attempt(s) to further develop the record, including from Plaintiff's medical sources, evaluate all of the medical opinions in accordance with the Commissioner's Regulations, and, as warranted, issue a decision.

**Dated:**  New York, New York

      May 29, 2025

                                                                    **TAMMI M. HELLWIG**

                                                                    **Clerk of Court**

                            **BY:**

                                                                    **Deputy Clerk**